**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
SR. DEPUTY CHIEF PROBATION OFFICER

**MAUREEN KELLY**
DEPUTY CHIEF PROBATION OFFICER

**SUSAN M. SMALLEY**
DEPUTY CHIEF PROBATION OFFICER

April 12, 2018

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Peter G. Sheridan
United States District Court Judge
Clarkson S. Fisher Federal Building
402 East State Street, Room 4050
Trenton, New Jersey 08608

RECEIVED

APR 16 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**RE:   RAJINDER SINGH**
       **DOCKET NO. 3:16CR00159-001**
       **Request for Clarification Regarding Employment**

Dear Judge Sheridan:

On April 20, 2009, the offender was sentenced by the Honorable Janet T. Neff, United States District Court Judge for the Western District of Michigan to 120 months imprisonment and five years supervised release for the offense of Conspiracy to Distribute More Than 5 Kilograms of Cocaine. The following special conditions were imposed: substance abuse testing, substance abuse testing/treatment, refrain from use of alcoholic beverages, financial disclosure, and DNA testing. He was also ordered to pay a $100 special assessment and a fine of $4,500. Jurisdiction was transferred to Your Honor on March 31, 2016.

On April 2, 2018 the offender approached our office requesting permission to accept employment with Kahlon Trucking located in Fishers, Indiana. Mr. Singh provided letters with regards to this employment offer, and these documents can be found enclosed. Mr. Singh's potential employment involves driving tractor trailers from New Jersey to various states throughout the country, including the mid-west region. Due to the nature of the instant offense, which involved Singh transporting drugs while operating as an interstate tractor trailer driver, we are respectfully seeking Your Honor's position with regards to this employment opportunity. For Your Honor's convenience, the offender's presentence report is attached, wherein it describes the offense conduct in further detail.

Should Your Honor approve this employment opportunity, please indicate and sign below. Should the Court prefer an alternative course of action, or have any questions, please do not hesitate to contact me at (973) 803-0042 or Michelle_Siedzik@njp.uscourts.gov.

Page 2
Singh, Rajinder

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Michelle Siedzik*

By: Michelle Siedzik
U.S. Probation Officer Assistant

*/mas

_____ This employment opportunity is approved.

\_\_✓\_\_ This employment opportunity is denied.

*Acting as a truck driver is the same type of job when he was arrested. At this stage, it is unreasonable to allow Mr. Singh to re-enter the profession when he was adjudged of conspiracy to distribute more than 5 kilograms of cocaine*

(PGS)

Peter M Sheridan
The Honorable Peter G. Sheridan
United States District Court Judge

4/16/18
Date