**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

SUZANNE GOLDA-MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

ELISA MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

June 6, 2019

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Peter G. Sheridan
Senior U.S. District Court Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: SINGH, Rajinder
DKT NO: 16-CR-00159-001
**Request for Early Termination**

Dear Judge Sheridan:

I am responding to the above-named offender's request for early termination of supervision. On April 20, 2009, the Honorable Janet T. Neff, United States District Judge in Western District of Michigan, sentenced the above-named offender to 120 months imprisonment followed by five years of supervised release for conspiracy to distribute more than 5 kilograms of cocaine. The offender was ordered to pay a $100 special assessment, $4,500 fine, and abide by the special conditions of drug testing/treatment, alcohol testing/treatment, full financial disclosure, and DNA collection. On June 23, 2015, the sentence was amended to time served followed by five years of supervised release on a direct motion to the Court pursuant to 18 U.S.C. § 3582(c)(2). On October 30, 2015, the offender was released from custody and commenced supervision in this district based on residency. On March 31, 2016, jurisdiction was transferred to Your Honor. His term is due to expire on October 29, 2020.

Since the commencement of supervision, Singh has complied with all the conditions of supervision. Singh is currently residing with his parents at 1 Judson Drive, Middlesex, New Jersey 08846. Since December 2017, the offender has maintained gainful employment as a CDL driver with Bettaway Transportation Logistics in South Plainfield. The fine and special assessment have been satisfied.

Title 18 United States Code Sections 3564(c) and 3583(e)(1) permits the Court to terminate probation in misdemeanor cases at any time and terms of supervised release or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Sections 3564(c) and 3583(e)(1) do not require "exceptional conduct" to justify early termination, and instead, direct district courts to consider the factors at 18 U.S.C § 3553(a).

Additionally, the Judicial Conference endorsed a nine step criteria to determine if an offender satisfies the minimal statutory factors to be considered for early termination, as follows:

> (1) stable community reintegration (*e.g.*, residence, family, employment); (2) progressive strides toward supervision objectives and compliance with all conditions of supervision; (3) no aggravating role in the offense of conviction, particularly large drug or fraud offenses; (4) no history of violence; (5) no recent arrests or convictions; (6) no recent evidence of alcohol or drug abuse; (7) no recent psychiatric episodes; (8) no identifiable risk to the safety of any identifiable victim; and (9) no identifiable risk to public safety.

In reviewing the offender's background and history of supervision, the offender does meet the minimal criteria for early termination. Below is a check list for Your Honor's consideration and response. If Your Honor wishes to discuss this matter, please contact the undersigned officer at 973-885-3968.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: Jamel H. Dorsey
U.S. Probation Officer

/jhd

[X] Early termination granted. Supervision term to end immediately (*reasons set forth on*)
[ ] Supervision to be continued.

_____
Senior U.S. District Judge Peter G. Sheridan

9/4/19
Date